*McKenna, J*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ISSUER PLAINTIFF INITIAL PUBLIC OFFERING ANTITRUST LITIGATION<br><br>This Document Relates to:<br>THE ISSUER ACTION | 00 Civ. 7804 (LMM)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/27/08 |

## ⊢ ORDER
## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the attorneys for

Plaintiffs and for Defendants that pursuant to Federal Rule of Civil Procedure

41(a), this action be and hereby is dismissed. Such dismissal shall be with

prejudice against the named Plaintiffs.

Dated: New York, NY
       May 16, 2008

                                KIRBY McINERNEY LLP

                          By:   _____
                                Roger W. Kirby
                                Randall K. Berger

                                830 Third Avenue; 10th Floor
                                New York, N.Y. 10022
                                (212) 371-6600

                                *Attorneys for Plaintiffs Cordes &*
                                *Company Financial Services, Inc.*
                                *and Unsecured Creditors Trust of*
                                *the Equalnet Corp.(suing as*
                                *Equalnet Communications*
                                *Corporation)*

DAVIS POLK & WARDWELL

By: _/s/ Robert F. Wise, Jr._

Robert F. Wise, Jr.
Edmund Polubinski III
Crystal McKellar

450 Lexington Avenue
New York, N.Y. 10017
(212) 450-4000

*Attorneys for Defendant Morgan Stanley (sued as Morgan Stanley Dean Witter & Co.)*


SULLIVAN & CROMWELL LLP

By: _/s/ David Rein_

Gandolfo V. DiBlasi
Steven L. Holley
Penny Shane
David M.J. Rein

125 Broad Street
New York, N.Y. 10004
(212) 558-4000

*Attorneys for Defendant Goldman, Sachs & Co. (sued as The Goldman Sachs Group, Inc.)*


CLIFFORD CHANCE US LLP

By: _____

James B. Weidner
Jon R. Roellke

31 West 52nd Street
New York, N.Y. 10019
(212) 878-8000

2001 K Street
Washington, DC 20006
(202) 912-5000

*Attorneys for Defendant Merrill Lynch & Co., Inc.*


WILMER CUTLER PICKERING HALE AND DORR LLP

By: _____

Robert B. McCaw
Ali M. Stoeppelwerth
Fraser L. Hunter, Jr.

399 Park Avenue
New York, N.Y. 10022
(212) 230-8800

*Attorneys for Defendant Citigroup Global Markets, Inc. (sued as Salomon Smith Barney, Inc.)*

2

DAVIS POLK & WARDWELL

By: _____
Robert F. Wise, Jr.
Edmund Polubinski III
Crystal McKellar

450 Lexington Avenue
New York, N.Y. 10017
(212) 450-4000

*Attorneys for Defendant Morgan Stanley (sued as Morgan Stanley Dean Witter & Co.)*

CLIFFORD CHANCE US LLP

By: /s/ *[signature]*
James B. Weidner
Jon R. Roellke

31 West 52nd Street
New York, N.Y. 10019
(212) 878-8000

2001 K Street
Washington, DC 20006
(202) 912-5000

*Attorneys for Defendant Merrill Lynch & Co., Inc.*

SULLIVAN & CROMWELL LLP

By: _____
Gandolfo V. DiBlasi
Steven L. Holley
Penny Shane
David M.J. Rein

125 Broad Street
New York, N.Y. 10004
(212) 558-4000

*Attorneys for Defendant Goldman, Sachs & Co. (sued as The Goldman Sachs Group, Inc.)*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: _____
Robert B. McCaw
Ali M. Stoeppelwerth
Fraser L. Hunter, Jr.

399 Park Avenue
New York, N.Y. 10022
(212) 230-8800

*Attorneys for Defendant Citigroup Global Markets, Inc. (sued as Salomon Smith Barney, Inc.)*

2

| | |
|---|---|
| DAVIS POLK & WARDWELL | CLIFFORD CHANCE US LLP |
| By: _____<br>Robert F. Wise, Jr.<br>Edmund Polubinski III<br>Crystal McKellar<br><br>450 Lexington Avenue<br>New York, N.Y. 10017<br>(212) 450-4000<br><br>*Attorneys for Defendant Morgan Stanley (sued as Morgan Stanley Dean Witter & Co.)* | By: _____<br>James B. Weidner<br>Jon R. Roellke<br><br>31 West 52nd Street<br>New York, N.Y. 10019<br>(212) 878-8000<br><br>2001 K Street<br>Washington, DC 20006<br>(202) 912-5000<br><br>*Attorneys for Defendant Merrill Lynch & Co., Inc.* |
| SULLIVAN & CROMWELL LLP<br><br>By: _____<br>Gandolfo V. DiBlasi<br>Steven L. Holley<br>Penny Shane<br>David M.J. Rein<br><br>125 Broad Street<br>New York, N.Y. 10004<br>(212) 558-4000<br><br>*Attorneys for Defendant Goldman, Sachs & Co. (sued as The Goldman Sachs Group, Inc.)* | WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>By: _____/s/_____<br>Robert B. McCaw<br>Ali M. Stoeppelwerth<br>Fraser L. Hunter, Jr.<br><br>399 Park Avenue<br>New York, N.Y. 10022<br>(212) 230-8800<br><br>*Attorneys for Defendant Citigroup Global Markets, Inc. (sued as Salomon Smith Barney, Inc.)* |

2

| | |
|---|---|
| CADWALADER, WICKERSHAM & TAFT LLP<br><br>By: /s/ Gregory A. Markel<br>Gregory A. Markel<br>Ronit Setton<br>Amanda Kosowsky<br><br>One World Financial Center<br>New York, N.Y. 10281<br>(212) 504-6000<br><br>*Attorneys for Defendants Banc of America Securities LLC (sued as NationsBanc Montgomery Securities) and Robertson Stephens, Inc. (sued as BancBoston Robertson, Stephens & Company)* | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: _____<br>Jay B. Kasner<br>Shepard Goldfein<br>Gary A. MacDonald<br><br>Four Times Square<br>New York, N.Y. 10036<br>(212) 735-3000<br><br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 371-7000<br><br>*Attorneys for Defendants CIBC World Markets Corp. (sued as CIBC Oppenheimer Corp.), ABN AMRO Inc. (as successor-in-interest to ING Barings LLC) and Cowen and Company, LLC (f/k/a SG Cowen & Co., LLC and SG Cowen Securities Corp.; sued as Cowen & Co.)* |
| O'MELVENY & MYERS LLP<br><br>By: _____<br>Bradley J. Butwin<br><br>Times Square Tower<br>7 Times Square<br>New York, N.Y. 10036<br>(212) 326-2000<br><br>*Attorneys for Defendants UBS Securities LLC f/k/a UBS Warburg, LLC (sued as UBS Warburg LLC), J.C. Bradford & Co. and UBS Financial Services Inc. f/k/a UBS PaineWebber Inc. (sued as Paine Webber Group, Inc.)* | SIDLEY AUSTIN LLP<br><br>By: _____<br>A. Robert Pietrzak<br>Joel M. Mitnick<br>Benjamin R. Nagin<br><br>787 Seventh Avenue<br>New York, N.Y. 10019<br>(212) 839-5300<br><br>*Attorneys for Defendant Bear, Stearns & Co. Inc.* |

| | |
|---|---|
| CADWALADER,<br>WICKERSHAM & TAFT LLP | SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP |
| By: _____<br>Gregory A. Markel<br>Ronit Setton<br>Amanda Kosowsky | By: _____<br>Jay B. Kasner<br>Shepard Goldfein<br>Gary A. MacDonald |
| One World Financial Center<br>New York, N.Y. 10281<br>(212) 504-6000 | Four Times Square<br>New York, N.Y. 10036<br>(212) 735-3000 |
| *Attorneys for Defendants Banc of America Securities LLC (sued as NationsBanc Montgomery Securities) and Robertson Stephens, Inc. (sued as BancBoston Robertson, Stephens & Company)* | 1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 371-7000<br><br>*Attorneys for Defendants CIBC World Markets Corp. (sued as CIBC Oppenheimer Corp.), ABN AMRO Inc. (as successor-in-interest to ING Barings LLC) and Cowen and Company, LLC (f/k/a SG Cowen & Co., LLC and SG Cowen Securities Corp.; sued as Cowen & Co.)* |
| O'MELVENY & MYERS LLP<br><br>By: /s/ *(signature)*<br>Bradley J. Butwin | SIDLEY AUSTIN LLP<br><br>By: _____<br>A. Robert Pietrzak<br>Joel M. Mitnick<br>Benjamin R. Nagin |
| Times Square Tower<br>7 Times Square<br>New York, N.Y. 10036<br>(212) 326-2000 | 787 Seventh Avenue<br>New York, N.Y. 10019<br>(212) 839-5300 |
| *Attorneys for Defendants UBS Securities LLC f/k/a UBS Warburg, LLC (sued as UBS Warburg LLC), J.C. Bradford & Co. and UBS Financial Services Inc. f/k/a UBS PaineWebber Inc. (sued as Paine Webber Group, Inc.)* | *Attorneys for Defendant Bear, Stearns & Co. Inc.* |

3

CADWALADER,
WICKERSHAM & TAFT LLP

By: _____
Gregory A. Markel
Ronit Setton
Amanda Kosowsky

One World Financial Center
New York, N.Y. 10281
(212) 504-6000

*Attorneys for Defendants Banc of America Securities LLC (sued as NationsBanc Montgomery Securities) and Robertson Stephens, Inc. (sued as BancBoston Robertson, Stephens & Company)*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ Jay B. Kasner
Jay B. Kasner
Shepard Goldfein
Gary A. MacDonald

Four Times Square
New York, N.Y. 10036
(212) 735-3000

1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Attorneys for Defendants CIBC World Markets Corp. (sued as CIBC Oppenheimer Corp.), ABN AMRO Inc. (as successor-in-interest to ING Barings LLC) and Cowen and Company, LLC (f/k/a SG Cowen & Co., LLC and SG Cowen Securities Corp.; sued as Cowen & Co.)*

O'MELVENY & MYERS LLP

By: _____
Bradley J. Butwin

Times Square Tower
7 Times Square
New York, N.Y. 10036
(212) 326-2000

*Attorneys for Defendants UBS Securities LLC f/k/a UBS Warburg, LLC (sued as UBS Warburg LLC), J.C. Bradford & Co. and UBS Financial Services Inc. f/k/a UBS PaineWebber Inc. (sued as Paine Webber Group, Inc.)*

SIDLEY AUSTIN LLP

By: _____
A. Robert Pietrzak
Joel M. Mitnick
Benjamin R. Nagin

787 Seventh Avenue
New York, N.Y. 10019
(212) 839-5300

*Attorneys for Defendant Bear, Stearns & Co. Inc.*

3

| | |
|---|---|
| CADWALADER,<br>WICKERSHAM & TAFT LLP | SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP |

By: _____

Gregory A. Markel
Ronit Setton
Amanda Kosowsky

One World Financial Center
New York, N.Y. 10281
(212) 504-6000

*Attorneys for Defendants Banc of
America Securities LLC (sued as
NationsBanc Montgomery
Securities) and Robertson
Stephens, Inc. (sued as
BancBoston Robertson, Stephens
& Company)*

By: _____

Jay B. Kasner
Shepard Goldfein
Gary A. MacDonald

Four Times Square
New York, N.Y. 10036
(212) 735-3000

1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Attorneys for Defendants CIBC World
Markets Corp. (sued as CIBC
Oppenheimer Corp.), ABN AMRO Inc. (as
successor-in-interest to ING Barings
LLC) and Cowen and Company, LLC
(f/k/a SG Cowen & Co., LLC and SG
Cowen Securities Corp.; sued as Cowen
& Co.)*

O'MELVENY & MYERS LLP

By: _____

Bradley J. Butwin

Times Square Tower
7 Times Square
New York, N.Y. 10036
(212) 326-2000

*Attorneys for Defendants UBS
Securities LLC f/k/a UBS
Warburg, LLC (sued as UBS
Warburg LLC), J.C. Bradford &
Co. and UBS Financial Services
Inc. f/k/a UBS PaineWebber Inc.
(sued as Paine Webber Group,
Inc.)*

SIDLEY AUSTIN LLP

By: ___/s/_____

A. Robert Pietrzak
Joel M. Mitnick
Benjamin R. Nagin

787 Seventh Avenue
New York, N.Y. 10019
(212) 839-5300

*Attorneys for Defendant Bear, Stearns &
Co. Inc.*

3

| | |
|---|---|
| CAHILL GORDON & REINDEL LLP | KUTAK ROCK LLP |
| By: /s/ Thomas J. Kavaler<br>Thomas J. Kavaler<br>Elai Katz<br><br>80 Pine Street<br>New York, N.Y. 10005<br>(212) 701-3406<br><br>*Attorneys for Defendant Prudential Equity Group, LLC (sued as Prudential Securities Incorporated)* | By: _____<br>Joseph Ingrisano<br>Robert A. Jaffe<br><br>1101 Connecticut Avenue N.W.<br>Washington, D.C. 20036<br>(202) 828-2400<br><br>*Attorneys for Defendant A.G. Edwards & Sons, a division of Wachovia Securities LLC (f/k/a and sued as A.G. Edwards & Sons, Inc.)* |
| SIMPSON THACHER & BARTLETT LLP | SHEARMAN & STERLING LLP |
| By: _____<br>Joseph F. Tringali<br><br>425 Lexington Avenue<br>New York, N.Y. 10017<br>(212) 455-2000<br><br>*Attorneys for Defendants Lehman Brothers Inc. and J.P. Morgan Securities Inc. (sued as J.P. Morgan Securities Inc. and Chase Hambrecht & Quist)* | By: _____<br>Jeremy G. Epstein<br>Kenneth M. Kramer<br>Richard F. Schwed<br><br>599 Lexington Avenue<br>New York, N.Y. 10022<br>(212) 848-4000<br><br>*Attorneys for Defendants Credit Suisse Securities (USA) LLC, f/k/a Credit Suisse First Boston LLC (sued as Credit Suisse First Boston Corporation) and Donaldson Lufkin & Jenrette, Inc.* |

4

CAHILL GORDON & REINDEL LLP

By: _____
Thomas J. Kavaler
Elai Katz

80 Pine Street
New York, N.Y. 10005
(212) 701-3406

*Attorneys for Defendant Prudential Equity Group, LLC (sued as Prudential Securities Incorporated)*

KUTAK ROCK LLP

By: _____
Joseph Ingrisano
Robert A. Jaffe

1101 Connecticut Avenue N.W.
Washington, D.C. 20036
(202) 828-2400

*Attorneys for Defendant A.G. Edwards & Sons, a division of Wachovia Securities LLC (f/k/a and sued as A.G. Edwards & Sons, Inc.)*

SIMPSON THACHER & BARTLETT LLP

By: *[signature: Joseph F. Tringali]*
Joseph F. Tringali

425 Lexington Avenue
New York, N.Y. 10017
(212) 455-2000

*Attorneys for Defendants Lehman Brothers Inc. and J.P. Morgan Securities Inc. (sued as J.P. Morgan Securities Inc. and Chase Hambrecht & Quist)*

SHEARMAN & STERLING LLP

By: _____
Jeremy G. Epstein
Kenneth M. Kramer
Richard F. Schwed

599 Lexington Avenue
New York, N.Y. 10022
(212) 848-4000

*Attorneys for Defendants Credit Suisse Securities (USA) LLC, f/k/a Credit Suisse First Boston LLC (sued as Credit Suisse First Boston Corporation) and Donaldson Lufkin & Jenrette, Inc.*

4

CAHILL GORDON & REINDEL LLP

By: _____
Thomas J. Kavaler
Elai Katz

80 Pine Street
New York, N.Y. 10005
(212) 701-3406

*Attorneys for Defendant Prudential Equity Group, LLC (sued as Prudential Securities Incorporated)*

KUTAK ROCK LLP

By: _____
Joseph Ingrisano
Robert A. Jaffe

1101 Connecticut Avenue N.W.
Washington, D.C. 20036
(202) 828-2400

*Attorneys for Defendant A.G. Edwards & Sons, a division of Wachovia Securities LLC (f/k/a and sued as A.G. Edwards & Sons, Inc.)*

SIMPSON THACHER & BARTLETT LLP

By: _____
Joseph F. Tringali

425 Lexington Avenue
New York, N.Y. 10017
(212) 455-2000

*Attorneys for Defendants Lehman Brothers Inc. and J.P. Morgan Securities Inc. (sued as J.P. Morgan Securities Inc. and Chase Hambrecht & Quist)*

SHEARMAN & STERLING LLP

By: _____
Jeremy G. Epstein
Kenneth M. Kramer
Richard F. Schwed

599 Lexington Avenue
New York, N.Y. 10022
(212) 848-4000

*Attorneys for Defendants Credit Suisse Securities (USA) LLC, f/k/a Credit Suisse First Boston LLC (sued as Credit Suisse First Boston Corporation) and Donaldson Lufkin & Jenrette, Inc.*

4

CAHILL GORDON & REINDEL LLP

By: _____
Thomas J. Kavaler
Elai Katz

80 Pine Street
New York, N.Y. 10005
(212) 701-3406

*Attorneys for Defendant Prudential Equity Group, LLC (sued as Prudential Securities Incorporated)*

KUTAK ROCK LLP

By: _____
Joseph Ingrisano
Robert A. Jaffe

1101 Connecticut Avenue N.W.
Washington, D.C. 20036
(202) 828-2400

*Attorneys for Defendant A.G. Edwards & Sons, a division of Wachovia Securities LLC (f/k/a and sued as A.G. Edwards & Sons, Inc.)*

SIMPSON THACHER & BARTLETT LLP

By: _____
Joseph F. Tringali

425 Lexington Avenue
New York, N.Y. 10017
(212) 455-2000

*Attorneys for Defendants Lehman Brothers Inc. and J.P. Morgan Securities Inc. (sued as J.P. Morgan Securities Inc. and Chase Hambrecht & Quist)*

SHEARMAN & STERLING LLP

By: /s/ Jeremy G. Epstein
Jeremy G. Epstein
Kenneth M. Kramer
Richard F. Schwed

599 Lexington Avenue
New York, N.Y. 10022
(212) 848-4000

*Attorneys for Defendants Credit Suisse Securities (USA) LLC, f/k/a Credit Suisse First Boston LLC (sued as Credit Suisse First Boston Corporation) and Donaldson Lufkin & Jenrette, Inc.*

4

FOLEY & LARDNER LLP

By: ___/s/ Jay N. Varon/___
Jay N. Varon
Samuel J. Winer
Bryan B. House

3000 K Street N.W.
Washington, D.C. 20007
(202) 672-5380

*Attorneys for Defendants
EVEREN Securities, Inc.,
Raymond James & Associates,
Inc. and Piper, Jaffray & Co.
(sued as U.S. Bancorp Piper
Jaffray Inc.)*

MORGAN LEWIS & BOCKIUS
LLP

By: _____
Bernard J. Garbutt III

101 Park Avenue
New York, N.Y.  10178
(212) 309-6000

*Attorneys for Defendant Jefferies
& Company, Inc.*

DLA PIPER US LLP

By: _____
Douglas A. Rappaport
Lewis A. Noonberg

1251 Avenue of the Americas
New York, N.Y. 10020-1104
(212) 335-4500

*Attorneys for Defendant Deutsche Bank
Securities, Inc.*

SAUL EWING LLP

By: _____
Charles O. Monk II
Joseph M. Fairbanks
Lockwood Place
500 East Pratt Street
Baltimore, MD 21202-3171
(410) 332-8600

*Attorneys for Defendant Legg Mason
Wood Walker, Inc.*

FOLEY & LARDNER LLP

By: _____
    Jay N. Varon
    Samuel J. Winer
    Bryan B. House

    3000 K Street N.W.
    Washington, D.C. 20007
    (202) 672-5380

*Attorneys for Defendants EVEREN Securities, Inc., Raymond James & Associates, Inc. and Piper, Jaffray & Co. (sued as U.S. Bancorp Piper Jaffray Inc.)*

DLA PIPER US LLP

By: _____
    Douglas A. Rappaport
    Lewis A. Noonberg

    1251 Avenue of the Americas
    New York, N.Y. 10020-1104
    (212) 335-4500

*Attorneys for Defendant Deutsche Bank Securities, Inc.*

MORGAN LEWIS & BOCKIUS LLP

By: /s/ Bernard J. Garbutt III
    Bernard J. Garbutt III

    101 Park Avenue
    New York, N.Y. 10178
    (212) 309-6000

*Attorneys for Defendant Jefferies & Company, Inc.*

SAUL EWING LLP

By: _____
    Charles O. Monk II
    Joseph M. Fairbanks
    Lockwood Place
    500 East Pratt Street
    Baltimore, MD 21202-3171
    (410) 332-8600

*Attorneys for Defendant Legg Mason Wood Walker, Inc.*

| | |
|---|---|
| FOLEY & LARDNER LLP | DLA PIPER US LLP |
| By: _____<br>Jay N. Varon<br>Samuel J. Winer<br>Bryan B. House<br><br>3000 K Street N.W.<br>Washington, D.C. 20007<br>(202) 672-5380<br><br>*Attorneys for Defendants EVEREN Securities, Inc., Raymond James & Associates, Inc. and Piper, Jaffray & Co. (sued as U.S. Bancorp Piper Jaffray Inc.)* | By: /s/ Douglas A. Rappaport<br>Douglas A. Rappaport<br>Lewis A. Noonberg<br><br>1251 Avenue of the Americas<br>New York, N.Y. 10020-1104<br>(212) 335-4500<br><br>*Attorneys for Defendant Deutsche Bank Securities, Inc.* |
| MORGAN LEWIS & BOCKIUS LLP | SAUL EWING LLP |
| By: _____<br>Bernard J. Garbutt III<br><br>101 Park Avenue<br>New York, N.Y. 10178<br>(212) 309-6000<br><br>*Attorneys for Defendant Jefferies & Company, Inc.* | By: _____<br>Charles O. Monk II<br>Joseph M. Fairbanks<br>Lockwood Place<br>500 East Pratt Street<br>Baltimore, MD 21202-3171<br>(410) 332-8600<br><br>*Attorneys for Defendant Legg Mason Wood Walker, Inc.* |

5

| FOLEY & LARDNER LLP | DLA PIPER US LLP |
|---|---|
| By: _____<br>Jay N. Varon<br>Samuel J. Winer<br>Bryan B. House<br><br>3000 K Street N.W.<br>Washington, D.C.  20007<br>(202) 672-5380<br><br>*Attorneys for Defendants EVEREN Securities, Inc., Raymond James & Associates, Inc. and Piper, Jaffray & Co. (sued as U.S. Bancorp Piper Jaffray Inc.)* | By: _____<br>Douglas A. Rappaport<br>Lewis A. Noonberg<br><br>1251 Avenue of the Americas<br>New York, N.Y. 10020-1104<br>(212) 335-4500<br><br>*Attorneys for Defendant Deutsche Bank Securities, Inc.* |
| MORGAN LEWIS & BOCKIUS LLP<br><br>By: _____<br>Bernard J. Garbutt III<br><br>101 Park Avenue<br>New York, N.Y.  10178<br>(212) 309-6000<br><br>*Attorneys for Defendant Jefferies & Company, Inc.* | SAUL EWING LLP<br><br>By: */s/ Joseph M. Fairbanks*<br>Charles O. Monk II<br>Joseph M. Fairbanks<br>Lockwood Place<br>500 East Pratt Street<br>Baltimore, MD 21202-3171<br>(410) 332-8600<br><br>*Attorneys for Defendant Legg Mason Wood Walker, Inc.* |

5

| | |
|---|---|
| JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE L.L.P. | PERKINS COIE LLP |
| By: /s/ Mark A. Cunningham<br>David G. Radlauer<br>Mark A. Cunningham | By: _____<br>L. Norton Cutler |
| 201 St. Charles Avenue<br>New Orleans, Louisiana 70170<br>(504) 582-8000 | 1899 Wynkoop Street<br>Suite 700<br>Denver, Colorado 80202<br>(303) 291-2316 |
| *Attorneys for Defendant Johnson Rice & Company* | *Attorneys for Defendant Hanifen Imhoff Inc.* |

6

| | |
|---|---|
| JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE L.L.P. | PERKINS COIE LLP |
| By: _____<br>David G. Radlauer<br>Mark A. Cunningham<br><br>201 St. Charles Avenue<br>New Orleans, Louisiana 70170<br>(504) 582-8000<br><br>*Attorneys for Defendant Johnson Rice & Company* | By: *[signature]*<br>L. Norton Cutler<br><br>1899 Wynkoop Street<br>Suite 700<br>Denver, Colorado 80202<br>(303) 291-2316<br><br>*Attorneys for Defendant Hanifen Imhoff Inc.* |

SO ORDERED

*[signature]* 5/27/08
U.S.D.J.

6